IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| MARY MUNIZ,<br>Institutional ID No. 119436 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:24-CV-00026-C |
| JOHN BARBER, *et al.*, | § § § | |
| Defendants. | § | |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's complaint and all claims alleged therein are dismissed with prejudice as frivolous and malicious under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

Dated January 29, 2024.

_____
SAM R. CUMMINGS
Senior United States District Judge